UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT EUGENE HARRISON,<br>            Petitioner,<br>    v.<br>RON BROOMFIELD,<br>            Respondent. | Case No. 20-cv-06832-SI<br><br>**ORDER OF DISMISSAL** |

This *pro se* action for writ of habeas corpus challenging prison conditions was filed in the U.S. District Court for the Eastern District of California on September 7, 2020, and transferred to this district on September 29, 2020. On September 30, 2020, the court notified petitioner in writing that the action was deficient due to his failure to furnish either the required $5.00 filing fee or, instead, a completed and signed court-approved *in forma pauperis* application. Docket No. 8. The notice also informed petitioner that failure to pay the fee or file the application within 28 days would result in dismissal of the action. Petitioner did not respond to the notice and has not paid the fee or filed an *in forma pauperis* application. This action therefore is DISMISSED without prejudice to petitioner filing a new action in which he pays the filing fee or files an *in forma pauperis* application at the time he files the new action. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 14, 2021

_____
SUSAN ILLSTON
United States District Judge