UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRYANT EUGENE HARRISON,

    Petitioner,

    v.

RON BROOMFIELD,

    Respondent.

Case No. 20-cv-06832-SI

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a new action for which he pays the filing fee or submits an *in forma pauperis* application at the time he files that action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 14, 2021

_____
SUSAN ILLSTON
United States District Judge